DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
REBECCA KAISER
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CHRISTOPHER CHELGREN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 10-182 KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO VACATE |
| v. | ) | COURT TRIAL AND SET BRIEFING |
| | ) | SCHEDULE |
| CHRISTOPHER CHELGREN, | ) | |
| | ) | |
| Defendant. | ) | Date: July 29, 2010 |
| | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Hon. Kimberly J. Mueller |

The United States of America, through Matthew Stegman, Assistant United States Attorney, together with defendant, Christopher Chelgren, by counsel Lauren Cusick, Assistant Federal Defender, stipulate to vacate the court trial set for June 24, 2010, at 10:00 a.m., and set this case for a motion hearing on July 29, 2010 at 10:00 a.m., pursuant to the following briefing schedule.

1   The parties stipulate to the following briefing schedule and
2 hearing date:
3       Defendant's Motion due . . . . . . . . . . . . . July 1, 2010
4       Government's Response due . . . . . . . . . . . July 15, 2010
5       Defendant's Reply due . . . . . . . . . . . . . July 22, 2010
6       Motion Hearing . . . . . . . . . . July 29, 2010 at 10:00 a.m.
7
8 The parties agree that the Court may set the court trial following the
9 motion hearing.
10
11 Dated:   June 22, 2010
                                    Respectfully submitted,
12
                                    DANIEL J. BRODERICK
13                                  Federal Defender
14
15                                  /s/ Lauren Cusick
                                    LAUREN CUSICK
16                                  Assistant Federal Defender
                                    Attorney for Defendant
17                                  CHRISTOPHER CHELGREN
18
19 Dated:  June 22, 2010             BENJAMIN B. WAGNER
                                    United States Attorney
20
21                                  /s/ Matthew C. Stegman
                                    MATTHEW C. STEGMAN
22                                  Assistant U.S. Attorney
23
24                          ORDER
25 IT IS SO ORDERED.
26
27 Dated: June 23, 2010,
28                                  _____
                                    U.S. MAGISTRATE JUDGE

STIPULATION AND ORDER            -2-