```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  ROBERT D. SWEETIN
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2936
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-10-182 KJM |
| Plaintiff, ) | Order |
| v. ) | |
| CHRISTOPHER CHELGREN, ) | DATE: November 15, 2010 |
| ) | TIME: 10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Kimberly J. Mueller |

It is Hereby Ordered that the United States of America's motion to dismiss Counts I & III of Cr. No. S-10-182 KJM is GRANTED.

IT IS SO ORDERED.

Dated: November 10, 2010.

_____
U.S. MAGISTRATE JUDGE